FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00446-CV

**IN THE INTEREST OF T.L.C.**, a child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0569-CV-A
Honorable Heather H. Wright, Judge Presiding

# O R D E R

    Appellant's brief was filed in this appeal on November 30, 2022.  Therefore, the brief of appellee Courtney Lynn Garcez was due to be filed on December 30, 2022.  However, to date, Garcez has not filed a brief or a motion for an extension of time to file a brief.  It is therefore ORDERED that Garcez show cause in writing by **January 13, 2023**, why this appeal should not be set at issue.  If Garcez fails to respond, this appeal will be set at issue without her appellee's brief.

_____
Rebeca C. Martinez, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court